IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: 2:14cr 350 |
| | : | 29 U.S.C. § 501(c) |
| v. | : | |
| | : | |
| **TIMOTHY A. GAMBLE** | : | INDICTMENT |

**COUNT 1**
(Theft of Union Funds)

THE GRAND JURY CHARGES:

At all times relevant to this Indictment:

1. United Steelworkers Local 378 was a labor organization engaged in an industry affecting interstate commerce and subject to the Labor Management Reporting and Disclosure Act of 1959, 29 U.S.C. §401, et seq.

2. The defendant, **TIMOTHY A. GAMBLE**, was the President of the United Steelworkers Local 378 in Georgetown, South Carolina.

3. From at least May 2010 through May 2013, in the District of South Carolina, the defendant, **TIMOTHY A. GAMBLE**, did embezzle, steal and unlawfully and willfully convert to his own use the moneys and assets of the United Steelworkers Local 378 in the approximate amount of $12,738;

In violation of Title 29, United States Code, Section 501(c).

A true BILL

_____
FOREPERSON

WILLIAM N. NETTLES (RD)
UNITED STATES ATTORNEY